STATE OF CONNECTICUT *v.* SHERAIL COOPER

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 95 (AC 18008), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Theresa M. Dalton,* assistant public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided November 18, 1999

ROBERT B. BERGER ET AL. *v.* ARTHUR L. FITZGERALD, JR., ET AL.

The petition of the defendants Arthur L. Fitzgerald, Jr., and Arthur L. Fitzgerald III for certification for appeal from the Appellate Court, 55 Conn. App. 138 (AC 18045), is denied.

*James H. Howard* and *Howard M. Wood III,* in support of the petition.

*Michael C. Blaney, Wesley W. Horton* and *Maria Stavropoulos,* in opposition.

Decided November 18, 1999